No. 353.   MILK WAGON DRIVERS UNION OF CHICAGO, LOCAL No. 753 ET AL. *v.* MEADOWMOOR DAIRIES, INC.   See *post,* p. 655.

No. 953.   BOWMAN *v.* LOPERENA ET AL.   June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.   *Mr. L. A. Luce* for petitioner.

No. 967.   RYAN *v.* EMPLOYERS' LIABILITY ASSURANCE CORP., LTD.   June 3, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.   *Mr. M. Y. Yost* for. petitioner.   *Mr. John R. Kistner* for respondent.

No. 977.   KLOEB, JUDGE, *v.* ARMOUR & COMPANY. June 3, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Percy R. Taylor* and *Nolan Boggs* for petitioner. *Messrs. Edward W. Kelsey, Jr.* and *Fred A. Smith* for respondent.

No. 996.   H. J. HEINZ Co. *v.* NATIONAL LABOR RELATIONS BOARD.   June 3, 1940.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.   *Messrs. Earl F. Reed* and *Charles M. Thorp, Jr.* for petitioner.   *Solicitor General Biddle* and *Mr. Charles Fahy* for respondent.

No. 1005.   JACKSON, ATTORNEY GENERAL OF THE UNITED STATES, ON BEHALF OF THE UNITED STATES AND